THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE F. ANDREWS et al., as Temporary Administrators and as Executors of FREDERICK C. HEWITT, Deceased, Respondents and Appellants, *v.* DEL REY A. CAMERON et al., as Assessors of the Village of Owego, Appellants and Respondents.

*People ex rel. Andrews* v. *Cameron*, 140 App. Div. 76, affirmed.
(Argued January 4, 1911; decided January 24, 1911.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 26, 1910, which affirmed an order of Special Term reducing an assessment for taxation against the estate of Frederick C. Hewitt, deceased.

*F. W. Clifford* for relators, respondents and appellants.

*William Nelson Noble* and *Fred J. Davis* for defendants, appellants and respondents.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not sitting: COLLIN, J.